PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment/Information  ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — EASTERN
DISTRICT OF LOUISIANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Tess M. Coulon
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Matthew M. Coman

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI, Special Agent George Bokelberg

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: New Orleans  County: Orleans

CASE NO.  13-011
USA vs.
Defendant: C. Ray Nagin a/k/a "Mayor Nagin"

SECT. C MAG. 5

Address: c/o Robert C. Jenkins, Jr.
Robert C. Jenkins, Jr. & Associates
631 Saint Charles Avenue
New Orleans, LA 70130

☐ Interpreter Required   Dialect: _____

Birth Date: 1956
☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: xxx-xx-1550

**DEFENDANT**

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Robert C. Jenkins, Jr.
☐ FPD  ☐ CJA  ☑ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 21  (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section / (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | "See Attachment" | | |
| | | | |
| | | | |
| | | | |

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Counts |
|---|---|---|---|
| 4 | 18 U.S.C. § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1343 | Wire Fraud | 8-16 |
| 4 | 18 U.S.C. § 1346 | Honest Services Fraud | 8-16 |
| 4 | 18 U.S.C. § 666(a)(1)(B) | Bribery Concerning Programs Receiving Federal Funds | 2-7 |
| 4 | 18 U.S.C. § 2 | Aiding & Abetting | 2-7 |
| 4 | 18 U.S.C. § 1956(h) | Money Laundering | 17 |
| 4 | 26 U.S.C. § 7206(1) | Fraud and False Statements | 18-21 |