UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO.  13-011 |
| v. | * | SECTION: "C" (5) |
| C. RAY NAGIN | * | |
| | * | |

\* \* \*

**JOINT MOTION AND ORDER TO CONTINUE THE TRIAL
AND PRETRIAL CONFERENCE**

**NOW INTO COURT** comes the United States of America and the defense, through the undersigned Assistant United States Attorney and counsel for the defense, who respectfully request this Court to continue the trial which is currently set for Monday, April 29, 2013, and the pretrial conference which is currently set for Tuesday, April 16, 2013 for the following reasons:

I.

On January 18, 2013, the grand jury returned a twenty-one (21) count indictment charging the defendant with bribery, money laundering, conspiracy and tax violations.  On February 20, 2013, the defendant made his initial appearance and was arraigned on the charges.

II.

The nature of the present prosecution is complex and involves an extensive amount of electronic and documentary discovery. The current posture of the case makes it unreasonable, taking into account the exercise of due diligence, to expect adequate preparation for pretrial proceedings and trial prior to April 29, 2013. The parties are also actively engaged in resolving a number of discovery, reciprocal discovery and procedural issues prior to trial. However, a resolution of these issues cannot be completed prior to the currently scheduled trial date. Therefore, the United States and the defendant, through defense counsel Robert Jenkins, respectfully request this Court to continue the trial and pretrial conference to allow adequate time to prepare for pretrial proceedings and trial.

**WHEREFORE**, the United States of America and the defendant respectfully request that the pretrial conference scheduled for Tuesday, April 16, 2013 and the trial scheduled for Monday, April 29, 2013 be continued until October 7, 2013 in the above-captioned matter to allow all parties to complete discovery and preparation for trial, and that the period of time from April 29, 2013 until the new trial date be excluded for purposes of the Speedy Trial Act.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY


 /s/ Richard R. Pickens, II
RICHARD. R. PICKENS, II [22593]
MATTHEW M. COMAN   [23613]
Assistant United States Attorneys
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Phone: (504) 680-3022

        /s/ Robert C. Jenkins
        ROBERT CHARLES JENKINS [19256]
        Counsel for Defendant
        Robert C. Jenkins & Associates
        631 St. Charles Avenue
        New Orleans, Louisiana  70130
        Phone: (504) 586-1616

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

        /s/ Richard R. Pickens, II
        RICHARD R. PICKENS, II
        Assistant United States Attorney