UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL DOCKET NO. 13-011** |
| **v.** | \* | **SECTION: "C"(5)** |
| **C. RAY NAGIN** a/k/a "Mayor Nagin" | \* | |

\*   \*   \*

## UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE

**NOW INTO COURT**, comes the United States, through the undersigned Assistant United States Attorneys, and files the following Response in Opposition to defendant C. Ray Nagin's Motion to Continue (Rec. Doc. No. 27) (the "Motion"). For the reasons set forth below, the United States respectfully requests that the Court deny the defendant's latest motion to continue the trial.

## BACKGROUND

To assist the Court, the United States has provided a rough timeline of pertinent events:

*Timeline of Events*

- March, 2012 - Former Prosecutor Salvador Perricone acknowledges posting anonymous comments on *nola.com*.

- March 19, 2012 - Former Prosecutor Salvador Perricone resigns.

- November, 2012 - Former Prosecutor Jan Mann acknowledges posting anonymous comments on *nola.com* and is removed from her position.

- December, 2012 - Former Prosecutor Jan Mann resigns.

- December, 2012 - Former United States Attorney Jim Letten resigns.

- December 6, 2012 - Dana J. Boente appointed United States Attorney for the Eastern District of Louisiana.

- January 18, 2013 - C. Ray Nagin is indicted.

- Between March, 2012 and September 19, 2013 - Information related to postings by Salvador Perricone and Jan Mann was well publicized and readily available in a number of media outlets.

- Between January 18, 2013 and September 19, 2013 - C. Ray Nagin moved for two separate trial continuances without any allegation of misconduct.

- September 19, 2013 (five weeks before trial and almost 18 months after the media began reporting that Salvador Perricone was posting anonymous comments on *nola.com*) - C. Ray Nagin filed a third motion to continue his trial. In his motion, the defendant now claims he needs time to link media posting conduct discussed in a separate proceeding (the *Danziger* case) to this case.

## ARGUMENT

*Posting Prosecutors Had Nothing to Do With the Investigation or Indictment*

The United States proffers to the Court that Salvador Perricone, Jan Mann and Jim Letten were not involved in the investigation leading up to the indictment of C. Ray Nagin. These individuals did not direct, counsel, or suggest any course of action related to this investigation or prosecution. All of the evidence gathering, witness interviews, investigative decisions, record analysis, and document reviews were performed by the trial attorneys and federal agents handling the case. Furthermore, Salvador Perricone, Jan Mann, and Jim Letten never prepared, drafted, reviewed, or authorized the indictment of C. Ray Nagin. In fact, all three former prosecutors had resigned from the Department of Justice at the time charging decisions were made. *See* Rec. Doc. No. 1.

Comments posted on *nola.com* and the individuals accused of anonymously posting

2

unsavory comments on *nola.com* had absolutely nothing to do with the investigation and charging decisions related to this indictment.

The United States respectfully submits that the defendant's most recent request for another trial continuance appears to be nothing more than a "last ditch" effort to delay the start of trial. The defendant now claims he needs more time to explore media posting issues involving former prosecutors that have been in the public domain for almost eighteen months.

However, as this Court is aware, defendants often seek to delay the start of their trial. In fact, it is not uncommon for a defendant to seek multiple trial continuances in an effort to postpone the inevitable, and this trial is apparently no different. The defendant's latest motion to continue is geared toward postponing a case that has already been delayed almost ten months. In summary, the defendant now seeks to postpone a trial date that was acceptable a month ago. Therefore, the United States respectfully moves this Court to deny the defendant's motion and start the trial on October 28, 2013.

## CONCLUSION

For the reasons above, the United States respectfully requests that the Court deny the defendant's Motion to Continue.

                                                    Respectfully submitted,

                                                    KENNETH ALLEN POLITE, JR.
                                                    UNITED STATES ATTORNEY

                                                    /s/ Matthew M. Coman
                                                    MATTHEW M. COMAN [23613]
                                                    RICHARD R. PICKENS, II [22593]
                                                    MATTHEW S. CHESTER
                                                    Texas Bar No. 24045650
                                                    Assistant United States Attorneys
                                                    650 Poydras Street, Suite 1600
                                                    New Orleans, Louisiana 70130
                                                    Telephone: (504) 680-3000

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                    /s/ Matthew M. Coman
                                                    MATTHEW M. COMAN
                                                    Assistant U.S. Attorney