UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                 CRIMINAL ACTION

VERSUS                                   NO. 13-11

C. RAY NAGIN, ETC.                       SECTION "C"

ORDER AND REASONS

IT IS ORDERED that the defendant's objections to magistrate judge's

recommendation, treated as an appeal  is DENIED.   Rec. Doc. 68.  The Court finds that

the order of the magistrate judge is not clearly erroneous or contrary to law.   Again, the

jury will be instructed that an indictment is not evidence of guilt.  The jury, and only the

jury, will determine whether the defendant is innocent or proven guilty beyond a

reasonable doubt.

New Orleans, Louisiana, this 16th day of October, 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE