UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-11 |
| C. RAY NAGIN, ETC. | SECTION "C" |

ORDER AND REASONS

IT IS ORDERED that the motion for dismiss filed by the defendant is DENIED. Rec. Doc. 80. The jury will be instructed that the indictment is not evidence of guilt, and the jury alone will determine the defendant's innocence or guilt. Nothing in the Court's ruling should be construed as a limitation on the defendant's right to raise this issue on appeal, if appropriate.

New Orleans, Louisiana, this 18th day of October, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE