MINUTE ENTRY
BERRIGAN, J.
JULY 9, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 13-011 |
| C. RAY NAGIN | SECTION: "C" |

### SENTENCING

**APPEARANCES:**   Matthew J. Coman, Matthew S. Chester and Richard Rowland Pickens, II, Asst. U. S. Attorneys
Robert Charles Jenkins, Branden Villavaso and Garron Johnson, Counsel for Defendant
C. Ray Nagin, Defendant

COURT REPORTER:     Karen Ibos
COURTROOM DEPUTY:   Kimberly County

Case called; all present and ready.
Court rules on objections to the pre-sentence report.
ORDERED that the pre-sentence report except the sentencing recommendation be filed under seal.
Motion by C. Ray Nagin for downward departure and variance is GRANTED. Rec. Doc. No.152
Statements by defendant, counsel for defendant and counsel for the Government.
Deft sentenced to the custody of the Bureau of Prisons for 120 months.  This term consists of 60 months as to Count 1, 120 months as to each of Counts 2 through 6 and 8 through 17, and 36 months as to each of Counts 18 through 21 of the Indictment, such terms to run concurrently.
Defendant to pay restitution in the amount of $84,264.00 to the Internal Revenue Service - Interest on the Restitution is waived.
Upon release from imprisonment, defendant shall be placed on supervised release for a term of 2 years.  This term consists of 2 years as to each of Counts 1 through 6 and Counts 8 through 17, and 1 year as to each of Counts 18 through 21, all terms to run concurrently.
Defendant to pay a special assessment in the amount of $2,000.00.
Court waives the fine.
Court recommends that defendant serve his sentence at the minimum security facility at Oakdale, LA.
See J & C for special conditions, etc.
Defendant to surrender to the Bureau of Prisons by 12:00 noon on 09/08/2014.
Court adjourned.

JS-10:  00:23