# UNITED STATES DISTRICT COURT

### EASTERN District of LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>C. RAY NAGIN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CRIMINAL CASE**

Case Number:        2:2:13CR00011-001 "C"

USM Number:        32751-034

ROBERT CHARLES JENKINS, BRANDEN VILLAVASO AND GARRON JOHNSON
<span style="font-size:smaller">Defendant's Attorney</span>

## THE DEFENDANT:

Last 4 digits of Social Security No.: 1550

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)      1 THROUGH 6 AND 8 THROUGH 21 OF THE INDICTMENT
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | CONSPIRACY TO COMMIT HONEST SERVICES WIRE FRAUD AND/OR BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS | 01/18/2013 | 1 |
| 18 U.S.C. § 666(a)(1)(B) and 2 | BRIBERY CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS | 08/06/2008 | 2 through 6 |
| 18 U.S.C. § 1343, 1346 and 2 | HONEST SERVICES WIRE FRAUD | 03/02/2011 | 8 through 16 |
| 18 U.S.C. § 1956(h) | MONEY LAUNDERING CONSPIRACY | 01/18/2013 | 17 |
| 26 U.S.C. § 7206(1) | FILING FALSE TAX RETURN | 10/20/2009 | 18 through 21 |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has been found not guilty on count(s)      7 OF THE INDICTMENT

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JULY 9, 2014
<span style="font-size:smaller">Date of Imposition of Judgment</span>

_____
<span style="font-size:smaller">Signature of Judge</span>

COURT REPORTER:  KAREN IBOS
U.S. ATTORNEY:  MATTHEW COMAN, MATTHEW CHESTER
AND RICHARD ROWLAND PICKENS, II
PROBATION OFFICER:  TRACY L. COLEMAN
COURTROOM DEPUTY: KIMBERLY COUNTY

HELEN G. BERRIGAN, UNITED STATES DISTRICT JUDGE
<span style="font-size:smaller">Name and Title of Judge</span>

JULY 9, 2014
<span style="font-size:smaller">Date</span>

Judgment — Page ___2___ of ___6___

DEFENDANT:        C. RAY NAGIN
CASE NUMBER:      2:2:13CR00011-001 "C"

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    **120 MONTHS**

**60 MONTHS AS TO COUNT 1, 120 MONTHS AS TO EACH OF COUNTS 2 THROUGH 6 AND 8 THROUGH 17, AND 36 MONTHS AS TO EACH OF COUNTS 18 THROUGH 21, SUCH TERMS TO RUN CONCURRENTLY.**

X   The court makes the following recommendations to the Bureau of Prisons:
   **THAT THE DEFENDANT SERVE HIS SENTENCE AT THE MINIMUM SECURITY FACILITY AT OAKDALE, LOUISIANA**

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal.

X   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X   before 12 p.m. on   __**SEPTEMBER 8, 2014**__ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

| | Judgment—Page | 3 | of | 6 |

DEFENDANT:        C. RAY NAGIN
CASE NUMBER:      2:2:13CR00011-001 "C"

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :        **2 YEARS**
**2 YEARS AS TO EACH OF COUNTS 1 THROUGH 6 AND 8 THROUGH 17 AND 1 YEAR AS TO EACH OF COUNTS  18 THROUGH 21 OF THE INDICTMENT, ALL TERMS TO RUN CONCURRENTLY.**

   The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

   If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:          C. RAY NAGIN
CASE NUMBER:        2:2:13CR00011-001 "C"

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer.

2. The defendant shall not apply for, solicit or incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining written permission from the United States Probation Officer.

3. The defendant shall pay any restitution that is imposed by this judgment.

4. The defendant shall cooperate with the Internal Revenue Service.

Judgment — Page ___5___ of ___6___

DEFENDANT:          C. RAY NAGIN
CASE NUMBER:        2:2:13CR00011-001 "C"

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 2,000.00 | $ | $ 84,264.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

X  The court determined that the defendant does not have the ability to pay a fine. The Court waives the fine in this case.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Internal Revenue Service |  | 84,264.00 |  |
| **TOTALS** | $ _____ | $ ____84,264.00____ |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    x  the interest requirement is waived for the   ☐  fine   x  restitution.

    ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:          C. RAY NAGIN
CASE NUMBER:        2:2:13CR00011-001 "C"

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  X  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  X F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

THE SPECIAL ASSESSMENT IS DUE IMMEDIATELY.

Restitution in the amount of $84,264.00 to the Internal Revenue Service shall be paid in installments of $500.00. Payments shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $500.00 per month, and later installments to be paid each month until the full amount has been paid. The payment is subject to increase or decrease, depending on the defendant's ability to pay. Restitution payments shall be made to the Clerk, United States District Court, and are to be forwarded to the following address:

U. S. Clerk's Office
Attn: Financial Section
500 Poydras Street
Room C151
New Orleans, Louisiana 70130

The U. S. Bureau of Prisons, U. S. Probation Office and the U.S. Attorney's Office are responsible for enforcement of this order.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

X  The defendant shall forfeit the defendant's interest in the following property to the United States:

Forfeiture of the defendant's right, title and interest in certain property is hereby ordered consistent with the Indictment. The United States has filed a Motion for Preliminary Order of Forfeiture to effect forfeiture of the defendant's interest in the assets specified therein, which the Court granted and which the Court adopts by reference.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.