# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 07, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-30841    USA v. C. Nagin
USDC No. 2:13-CR-11-1

```
┌─────────────────────────────────────┐
│       U.S. DISTRICT COURT            │
│  EASTERN DISTRICT OF LOUISIANA       │
│ ┌─────────────────────────────┐      │
│ FILED    AUG 1 2 2014          │      │
│ └─────────────────────────────┘      │
│      WILLIAM W. BLEVINS              │
│           CLERK                      │
└─────────────────────────────────────┘
```

The court has taken the following action in this case:

Granting in part an extension of time to pay the filings fees and to order the transcripts until 9/2/14.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. William W. Blevins
Mr. Kevin G. Boitmann
Mr. Matthew M. Coman
Ms. Diane Hollenshead Copes
Mr. Robert Charles Jenkins Jr.

____ Fee_____
____ Process_____
X   Dktd_____
____ CtRmDep_____
____ Doc. No._____