UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-11 |
| C. RAY NAGIN | SECTION "H" |

## JUDGMENT

For reasons set forth in the Court's order denying defendant's motion pursuant to 28 U.S.C. § 2255 (Rec. Doc. 235),

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the United States of America and against defendant, C. Ray Nagin, and that the defendant's 28 U.S.C. §2255 motion be and hereby is **DENIED**.

New Orleans, Louisiana, this 31st day of July, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE