AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
**Eastern District of Louisiana**

USA
Plaintiff

V.

C. Ray Nagin
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:13-cr-00011-JTM-MBN "H"(5)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT -8 2019
WILLIAM W. BLEVINS
CLERK

I, C. Ray Nagin, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Texarkana Federal Prison Camp

   Are you employed at the institution? Yes Do you receive any payment from the ______

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      Average $80.00 per month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

___ Fee ______
___ Process ______
X Dktd ______
___ CtRmDep ______
___ Doc. No. ______

TENDERED FOR FILING
OCT 08 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 2:13-cr-00011-JTM-MBN Document 239 Filed 09/17/19 Page 7 of 7

AO 240 Reverse (EDLA Rev. 8/02)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes," state the total amount. ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|

I declare under penalty of perjury that the above information is true and correct.

October 1, 2019 — Date

C. Ray Nagin — Signature of Applicant

## STATEMENT OF ACCOUNT

(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, Nagin, C, has a present inmate account balance of $ $471.21 at the FCI-FPC Texarkana, TX institution. I further certify that the average monthly deposits for the preceding six months is $ 1,898.4216

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is $ 150.00

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

10-2-2019
Date Certified

[signature], Counselor
Authorized Officer of Institution

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 32751034 | **Current Institution:** | Texarkana FCI |
| **Inmate Name:** | NAGIN, C | **Housing Unit:** | TEX-S-A |
| **Report Date:** | 10/02/2019 | **Living Quarters:** | S01-117L |
| **Report Time:** | 8:15:11 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/5/2019 10:11:11 PM | Pre-Release Transaction | $20.00 | TL022019 | | |
| 1/30/2019 2:38:23 PM | Sales - Fingerprint | ($29.75) | 65 | | $59.75 |
| 1/28/2019 7:07:23 AM | Inmate Co-pay | ($2.00) | UICP0119 | | $89.50 |
| 1/26/2019 11:36:01 AM | TRUL Withdrawal | ($10.00) | TL0126 | | $91.50 |
| 1/25/2019 8:03:22 AM | Pre-Release Transaction | ($10.00) | 33319025 | | |
| 1/25/2019 8:03:22 AM | Western Union | $50.00 | 33319025 | | $101.50 |
| 1/24/2019 10:37:14 AM | Sales - Fingerprint | ($3.15) | 77 | | $51.50 |
| 1/23/2019 2:41:20 PM | Sales - Fingerprint | ($16.25) | 73 | | $54.65 |
| 1/20/2019 2:44:24 PM | Phone Withdrawal | ($15.00) | TFN0120 | | $70.90 |
| 1/19/2019 10:20:31 PM | Pre-Release Transaction | ($40.00) | TL012019 | | |
| 1/16/2019 2:34:38 PM | Sales - Fingerprint | ($14.40) | 73 | | $85.90 |
| 1/15/2019 10:35:26 PM | TRUL Withdrawal | ($10.00) | TL0115 | | $100.30 |
| 1/15/2019 6:03:51 PM | Money Gram | $75.00 | 33419015 | | $110.30 |
| 1/9/2019 2:48:59 PM | Sales - Fingerprint | ($33.40) | 82 | | $35.30 |
| 1/8/2019 9:54:12 PM | TRUL Withdrawal | ($10.00) | TL0108 | | $68.70 |
| 1/8/2019 10:12:05 AM | FRP Unicor Pymt | ($51.20) | UFRU0119 | | $78.70 |
| 1/8/2019 10:12:05 AM | Centralized Unicor | $102.40 | UUNI1218 | | $129.90 |
| 1/2/2019 10:46:15 AM | Sales - Fingerprint | ($25.45) | 86 | | $27.50 |

1 2 3 4

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 32751034 | **Current Institution:** | Texarkana FCI |
| **Inmate Name:** | NAGIN, C | **Housing Unit:** | TEX-S-A |
| **Report Date:** | 10/02/2019 | **Living Quarters:** | S01-117L |
| **Report Time:** | 8:15:23 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 4/16/2019 9:56:40 PM | TRUL Withdrawal | ($15.00) | TL0416 | | $314.17 |
| 4/16/2019 7:03:52 PM | Pre-Release Transaction | ($10.00) | 33419106 | | |
| 4/16/2019 7:03:52 PM | Money Gram | $50.00 | 33419106 | | $329.17 |
| 4/16/2019 1:03:35 PM | Pre-Release Transaction | ($15.00) | 33419106 | | |
| 4/16/2019 1:03:35 PM | Money Gram | $75.00 | 33419106 | | $279.17 |
| 4/13/2019 11:37:25 AM | Phone Withdrawal | ($18.00) | TFN0413 | | $204.17 |
| 4/12/2019 1:03:42 PM | Pre-Release Transaction | ($10.00) | 33319102 | | |
| 4/12/2019 1:03:42 PM | Western Union | $50.00 | 33319102 | | $222.17 |
| 4/11/2019 2:51:34 PM | Sales - Fingerprint | ($19.05) | 79 | | $172.17 |
| 4/8/2019 2:31:46 PM | TRUL Withdrawal | ($15.00) | TL0408 | | $191.22 |
| 4/8/2019 11:42:02 AM | FRP Unicor Pymt | ($91.19) | UFRU0419 | | $206.22 |
| 4/8/2019 11:42:02 AM | Pre-Release Transaction | ($36.47) | UUNI0319 | | |
| 4/8/2019 11:42:02 AM | Centralized Unicor | $182.38 | UUNI0319 | | $297.41 |
| 4/5/2019 11:01:18 AM | Phone Withdrawal | ($10.00) | TFN0405 | | $115.03 |
| 4/4/2019 2:43:26 PM | Sales - Fingerprint | ($34.70) | 97 | | $125.03 |
| 4/2/2019 8:03:31 PM | Pre-Release Transaction | $10.00 | TL042019 | | |
| 4/2/2019 12:03:56 PM | Pre-Release Transaction | ($10.00) | 33419092 | | |
| 4/2/2019 12:03:56 PM | Money Gram | $50.00 | 33419092 | | $159.73 |
| 3/29/2019 11:12:43 AM | TRUL Withdrawal | ($10.00) | TL0329 | | $109.73 |
| 3/24/2019 11:24:13 AM | Phone Withdrawal | ($15.00) | TFN0324 | | $119.73 |
| 3/20/2019 2:44:12 PM | Sales - Fingerprint | ($22.75) | 78 | | $134.73 |
| 3/18/2019 11:04:08 AM | TRUL Withdrawal | ($10.00) | TL0318 | | $157.48 |
| 3/17/2019 3:03:46 PM | Pre-Release Transaction | ($15.00) | 33419076 | | |
| 3/17/2019 3:03:46 PM | Money Gram | $75.00 | 33419076 | | $167.48 |
| 3/16/2019 10:55:25 AM | TRUL Withdrawal | ($5.00) | TL0316 | | $92.48 |
| 3/13/2019 11:03:56 AM | Sales - Fingerprint | ($27.85) | 71 | | $97.48 |
| 3/10/2019 6:39:08 PM | Phone Withdrawal | ($12.00) | TFN0310 | | $125.33 |
| 3/8/2019 6:57:30 AM | FRP Unicor Pymt | ($73.48) | UFRU0319 | | $137.33 |
| 3/8/2019 6:57:30 AM | Pre-Release Transaction | ($29.39) | UUNI0219 | | |
| 3/8/2019 6:57:30 AM | Centralized Unicor | $146.97 | UUNI0219 | | $210.81 |
| 3/6/2019 2:38:03 PM | Sales - Fingerprint | ($29.55) | 67 | | $63.84 |
| 3/4/2019 10:43:06 AM | TRUL Withdrawal | ($10.00) | TL0304 | | $93.39 |
| 3/1/2019 6:04:49 AM | Pre-Release Transaction | ($10.00) | 33419060 | | |
| 3/1/2019 6:04:49 AM | Money Gram | $50.00 | 33419060 | | $103.39 |
| 2/27/2019 2:44:43 PM | Sales - Fingerprint | ($21.95) | 82 | | $53.39 |
| 2/24/2019 11:27:37 AM | Phone Withdrawal | ($10.00) | TFN0224 | | $75.34 |
| 2/23/2019 6:56:11 PM | Pre-Release Transaction | $25.00 | TL022019 | | |
| 2/23/2019 6:55:29 PM | TRUL Withdrawal | ($5.00) | TL0223 | | $85.34 |
| 2/23/2019 2:18:54 PM | TRUL Withdrawal | ($10.00) | TL0223 | | $90.34 |
| 2/20/2019 2:44:14 PM | Sales - Fingerprint | ($28.00) | 87 | | $100.34 |
| 2/15/2019 9:02:57 PM | TRUL Withdrawal | ($15.00) | TL0215 | | $128.34 |
| 2/15/2019 11:03:55 AM | Pre-Release Transaction | ($15.00) | 33419046 | | |
| 2/15/2019 11:03:55 AM | Money Gram | $75.00 | 33419046 | | $143.34 |
| 2/13/2019 2:45:12 PM | Sales - Fingerprint | ($22.40) | 78 | | $68.34 |
| 2/8/2019 10:04:55 PM | Phone Withdrawal | ($15.00) | TFN0208 | | $90.74 |
| 2/8/2019 3:18:24 PM | TRUL Withdrawal | ($15.00) | TL0208 | | $105.74 |
| 2/8/2019 11:08:38 AM | FRP Unicor Pymt | ($76.04) | UFRU0219 | | $120.74 |
| 2/8/2019 11:08:38 AM | Pre-Release Transaction | ($30.41) | UUNI0119 | | |
| 2/8/2019 11:08:38 AM | Centralized Unicor | $152.08 | UUNI0119 | | $196.78 |
| 2/6/2019 2:45:12 PM | Sales - Fingerprint | ($15.05) | 79 | | $44.70 |

1 2 3 4

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 32751034 | **Current Institution:** | Texarkana FCI |
| **Inmate Name:** | NAGIN, C | **Housing Unit:** | TEX-S-A |
| **Report Date:** | 10/02/2019 | **Living Quarters:** | S01-117L |
| **Report Time:** | 8:15:29 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/8/2019 10:09:46 AM | FRP Unicor Pymt | ($83.44) | UFRU0719 | | $416.79 |
| 7/8/2019 10:09:46 AM | Pre-Release Transaction | ($33.37) | UUNI0619 | | |
| 7/8/2019 10:09:46 AM | Centralized Unicor | $166.89 | UUNI0619 | | $500.23 |
| 7/4/2019 1:03:35 PM | Phone Withdrawal | ($6.00) | TFN0704 | | $333.34 |
| 7/2/2019 2:39:03 PM | Sales - Fingerprint | ($23.90) | 128 | | $339.34 |
| 7/1/2019 3:08:02 PM | TRUL Withdrawal | ($10.00) | TL0701 | | $363.24 |
| 7/1/2019 3:07:21 PM | Pre-Release Transaction | $20.00 | TL072019 | | |
| 6/27/2019 10:18:31 PM | Phone Withdrawal | ($12.00) | TFN0627 | | $373.24 |
| 6/27/2019 2:36:08 PM | Sales - Fingerprint | ($19.00) | 71 | | $385.24 |
| 6/20/2019 2:42:14 PM | Sales - Fingerprint | ($16.70) | 73 | | $404.24 |
| 6/17/2019 3:40:54 PM | TRUL Withdrawal | ($10.00) | TL0617 | | $420.94 |
| 6/15/2019 3:20:22 PM | Pre-Release Transaction | ($21.00) | TL062019 | | |
| 6/15/2019 12:03:34 PM | Pre-Release Transaction | ($10.00) | 33319166 | | |
| 6/15/2019 12:03:34 PM | Western Union | $50.00 | 33319166 | | $430.94 |
| 6/13/2019 11:01:51 AM | Sales - Fingerprint | ($26.15) | 80 | | $380.94 |
| 6/12/2019 3:55:52 PM | Pre-Release Transaction | ($30.00) | TL062019 | | |
| 6/12/2019 2:03:42 PM | Pre-Release Transaction | ($10.00) | 33419163 | | |
| 6/12/2019 2:03:42 PM | Money Gram | $50.00 | 33419163 | | $407.09 |
| 6/12/2019 6:37:05 AM | Pre-Release Transaction | ($20.00) | TL062019 | | |
| 6/12/2019 6:04:14 AM | Pre-Release Transaction | ($6.00) | 33419163 | | |
| 6/12/2019 6:04:14 AM | Money Gram | $30.00 | 33419163 | | $357.09 |
| 6/11/2019 10:01:54 PM | Phone Withdrawal | ($15.00) | TFN0611 | | $327.09 |
| 6/11/2019 5:23:04 PM | TRUL Withdrawal | ($15.00) | TL0611 | | $342.09 |
| 6/11/2019 10:03:38 AM | Pre-Release Transaction | ($15.00) | 33419162 | | |
| 6/11/2019 10:03:38 AM | Money Gram | $75.00 | 33419162 | | $357.09 |
| 6/7/2019 3:43:55 PM | TRUL Withdrawal | ($10.00) | TL0607 | | $282.09 |
| 6/7/2019 6:47:33 AM | FRP Unicor Pymt | ($87.84) | UFRU0619 | | $292.09 |
| 6/7/2019 6:47:33 AM | Pre-Release Transaction | ($35.13) | UUNI0519 | | |
| 6/7/2019 6:47:33 AM | Centralized Unicor | $175.69 | UUNI0519 | | $379.93 |
| 6/6/2019 6:33:08 AM | Sales - Fingerprint | ($5.90) | 21 | | $204.24 |
| 5/30/2019 2:40:31 PM | Sales - Fingerprint | ($24.90) | 72 | | $210.14 |
| 5/28/2019 5:12:35 PM | Pre-Release Transaction | $25.00 | TL052019 | | |
| 5/28/2019 2:42:21 PM | Phone Withdrawal | ($12.00) | TFN0528 | | $235.04 |
| 5/23/2019 2:46:04 PM | Sales - Fingerprint | ($23.80) | 71 | | $247.04 |
| 5/17/2019 7:34:28 AM | TRUL Withdrawal | ($15.00) | TL0517 | | $270.84 |
| 5/16/2019 2:37:56 PM | Sales - Fingerprint | ($32.70) | 38 | | $285.84 |
| 5/13/2019 6:03:55 PM | Pre-Release Transaction | ($15.00) | 33419133 | | |
| 5/13/2019 6:03:55 PM | Money Gram | $75.00 | 33419133 | | $318.54 |
| 5/10/2019 11:00:52 AM | Phone Withdrawal | ($12.00) | TFN0510 | | $243.54 |
| 5/9/2019 7:08:41 AM | Sales - Fingerprint | ($23.65) | 50 | | $255.54 |
| 5/8/2019 6:06:40 PM | TRUL Withdrawal | ($10.00) | TL0508 | | $279.19 |
| 5/8/2019 6:51:14 AM | FRP Unicor Pymt | ($92.76) | UFRU0519 | | $289.19 |
| 5/8/2019 6:51:14 AM | Pre-Release Transaction | ($37.10) | UUNI0419 | | |
| 5/8/2019 6:51:14 AM | Centralized Unicor | $185.53 | UUNI0419 | | $381.95 |
| 5/4/2019 10:22:44 PM | TRUL Withdrawal | ($5.00) | TL0504 | | $196.42 |
| 5/2/2019 10:37:56 AM | Sales - Fingerprint | ($24.60) | 65 | | $201.42 |
| 4/26/2019 11:08:43 AM | Phone Withdrawal | ($10.00) | TFN0426 | | $226.02 |
| 4/25/2019 2:44:47 PM | Sales - Fingerprint | ($40.55) | 84 | | $236.02 |
| 4/24/2019 3:37:24 PM | TRUL Withdrawal | ($10.00) | TL0424 | | $276.57 |
| 4/18/2019 2:45:16 PM | Sales - Fingerprint | ($27.60) | 82 | | $286.57 |

1 2 3 4

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 32751034 | **Current Institution:** | Texarkana FCI |
| **Inmate Name:** | NAGIN, C | **Housing Unit:** | TEX-S-A |
| **Report Date:** | 10/02/2019 | **Living Quarters:** | S01-117L |
| **Report Time:** | 8:15:34 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/30/2019 9:49:13 PM | Pre-Release Transaction | $30.00 | TL092019 | | |
| 9/25/2019 10:01:07 PM | Phone Withdrawal | ($4.00) | TFN0925 | | $471.21 |
| 9/25/2019 3:52:58 PM | TRUL Withdrawal | ($5.00) | TL0925 | | $475.21 |
| 9/19/2019 10:05:10 PM | TRUL Withdrawal | ($10.00) | TL0919 | | $480.21 |
| 9/19/2019 2:02:53 PM | Sales - Fingerprint | ($22.55) | 104 | | $490.21 |
| 9/17/2019 2:31:20 PM | Sales - Fingerprint | ($38.30) | 79 | | $512.76 |
| 9/15/2019 11:34:56 AM | TRUL Withdrawal | ($10.00) | TL0915 | | $551.06 |
| 9/14/2019 4:03:46 PM | Pre-Release Transaction | ($15.00) | 33419257 | | |
| 9/14/2019 4:03:46 PM | Money Gram | $75.00 | 33419257 | | $561.06 |
| 9/14/2019 11:23:22 AM | Phone Withdrawal | ($20.00) | TFN0914 | | $486.06 |
| 9/10/2019 2:57:19 PM | Sales - Fingerprint | ($25.10) | 92 | | $506.06 |
| 9/9/2019 6:09:33 PM | TRUL Withdrawal | ($15.00) | TL0909 | | $531.16 |
| 9/9/2019 10:38:24 AM | FRP Unicor Pymt | ($88.46) | UFRU0919 | | $546.16 |
| 9/9/2019 10:38:24 AM | Pre-Release Transaction | ($35.38) | UUNI0819 | | |
| 9/9/2019 10:38:24 AM | Centralized Unicor | $176.93 | UUNI0819 | | $634.62 |
| 9/4/2019 9:48:27 PM | TRUL Withdrawal | ($10.00) | TL0904 | | $457.69 |
| 9/3/2019 2:28:50 PM | Sales - Fingerprint | ($27.40) | 64 | | $467.69 |
| 9/2/2019 3:45:51 PM | Pre-Release Transaction | ($25.00) | TL092019 | | |
| 9/2/2019 2:03:50 PM | Pre-Release Transaction | ($20.00) | 33419245 | | |
| 9/2/2019 2:03:50 PM | Money Gram | $100.00 | 33419245 | | $495.09 |
| 9/1/2019 9:42:31 AM | Phone Withdrawal | ($10.00) | TFN0901 | | $395.09 |
| 8/30/2019 11:18:09 AM | TRUL Withdrawal | ($10.00) | TL0830 | | $405.09 |
| 8/27/2019 2:42:44 PM | Sales - Fingerprint | ($21.70) | 78 | | $415.09 |
| 8/20/2019 2:40:19 PM | Sales - Fingerprint | ($12.05) | 86 | | $436.79 |
| 8/18/2019 8:34:38 PM | TRUL Withdrawal | ($10.00) | TL0818 | | $448.84 |
| 8/13/2019 2:50:49 PM | TRUL Withdrawal | ($15.00) | TL0813 | | $458.84 |
| 8/13/2019 12:03:39 PM | Pre-Release Transaction | ($15.00) | 33419225 | | |
| 8/13/2019 12:03:39 PM | Money Gram | $75.00 | 33419225 | | $473.84 |
| 8/13/2019 10:44:10 AM | Sales - Fingerprint | ($11.65) | 63 | | $398.84 |
| 8/12/2019 6:31:24 AM | Phone Withdrawal | ($14.00) | TFN0812 | | $410.49 |
| 8/8/2019 3:46:05 PM | TRUL Withdrawal | ($15.00) | TL0808 | | $424.49 |
| 8/8/2019 2:37:57 PM | Pre-Release Transaction | $22.07 | TL082019 | | |
| 8/8/2019 10:41:33 AM | FRP Unicor Pymt | ($90.50) | UFRU0819 | | $439.49 |
| 8/8/2019 10:41:33 AM | Pre-Release Transaction | ($36.20) | UUNI0719 | | |
| 8/8/2019 10:41:33 AM | Centralized Unicor | $181.00 | UUNI0719 | | $529.99 |
| 8/6/2019 2:36:05 PM | Sales - Fingerprint | ($19.05) | 70 | | $348.99 |
| 8/5/2019 9:53:47 PM | Pre-Release Transaction | $20.00 | TL082019 | | |
| 8/3/2019 10:09:14 PM | TRUL Withdrawal | ($10.00) | TL0803 | | $368.04 |
| 7/30/2019 2:35:32 PM | Sales - Fingerprint | ($9.90) | 66 | | $378.04 |
| 7/25/2019 6:24:08 PM | TRUL Withdrawal | ($5.00) | TL0725 | | $387.94 |
| 7/23/2019 2:41:02 PM | Sales - Fingerprint | ($17.60) | 82 | | $392.94 |
| 7/16/2019 2:40:24 PM | Sales - Fingerprint | ($17.10) | 84 | | $410.54 |
| 7/15/2019 3:48:38 PM | Phone Withdrawal | ($15.00) | TFN0715 | | $427.64 |
| 7/15/2019 10:58:33 AM | TRUL Withdrawal | ($15.00) | TL0715 | | $442.64 |
| 7/13/2019 7:03:48 PM | Pre-Release Transaction | ($15.00) | 33419194 | | |
| 7/13/2019 7:03:48 PM | Money Gram | $75.00 | 33419194 | | $457.64 |
| 7/13/2019 7:07:14 AM | Phone Withdrawal | ($5.00) | TFN0713 | | $382.64 |
| 7/9/2019 2:52:44 PM | Sales - Fingerprint | ($19.15) | 92 | | $387.64 |
| 7/8/2019 9:45:37 PM | Pre-Release Transaction | $13.00 | TL072019 | | |
| 7/8/2019 9:44:42 PM | TRUL Withdrawal | ($10.00) | TL0708 | | $406.79 |

1 2 3 4

⇔32751-034⇔
Ray Nagin
PO BOX 7000.
Federal Correction Camp
Texarkana, TX 75505
United States

⇔32751-034⇔
U S Dt Crt Clerk Ofc
500 Poydras ST
Room C - 151
NEW Orleans, LA 70130
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE