UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER:  13-011 |
| C. RAY NAGIN, #32751-034 | SECTION:  H |

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☒ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

New Orleans, Louisiana, this 15th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE