UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 13-11 |
| C. RAY NAGIN | SECTION "H" |

**O R D E R**

Before the Court is Defendant Ray Nagin's request for a Certificate of Appealability (Doc. 237).

Accordingly;

**IT IS ORDERED** that the request is **DENIED** for the reasons set forth in Record Document 235.

New Orleans, Louisiana, this 19th day of December, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**