# United States Court of Appeals for the Fifth Circuit

---

No. 19-30771

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

C. RAY NAGIN, *also known as* MAYOR NAGIN,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-10607
USDC No.  2:13-CR-11-1

---

ORDER:

IT IS ORDERED that Appellant's motion for a certificate of appealability is DENIED.

JAMES C. HO
*United States Circuit Judge*

Certified as a true copy and issued
as the mandate on Jan 12, 2021

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit