UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 13-011** |
| **C. RAY NAGIN** | **SECTION: "H"** |

### ORDER

Before the Court is the Government's Motion to Increase Payment Schedule (Doc. 248).

Accordingly;

**IT IS ORDERED** that Defendant Ray Nagin file an itemization of his income and expenses under seal by December 19, 2022.

New Orleans, Louisiana, this 5th day of December, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**