UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 13-011** |
| **C. RAY NAGIN** | **SECTION: "H"** |

## ORDER

Before the Court is the Government's Motion to Increase Defendant C. Ray Nagin's Monthly Restitution Payment (Doc. 248) and Defendant's Opposition thereto (Doc. 250). The Government argues that Defendant's financial circumstances have improved since his 2014 sentencing and asks this Court to increase his monthly restitution payment from $500 to up to $2,700. The Government notes that Defendant now receives pension payments from two former employers, as well as social security benefits. Defendant opposes any increase, arguing that the sentencing judge took his pension payments into consideration in setting his monthly payment at $500 and noting that he financially supports his adult daughter and elderly parent. The Court ordered Defendant to file an itemization of his income and expenses under seal. 18 U.S.C. § 3664(k) grants the district court the authority to modify a payment schedule upon receiving notification of a "material change in the defendant's economic circumstances."

Having reviewed Defendant's itemization and the applicable law;

**IT IS ORDERED** that the Government's Motion is **GRANTED**, and Defendant's restitution payment schedule is increased to $1,200 monthly effective immediately.

New Orleans, Louisiana, this 2nd day of February, 2023.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**